**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TAYLOR LAMBERT, | ) | |
| | ) | |
| 5920 3rd Street NW | ) | |
| Washington, DC 20011 | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:24-CV-227 |
| v. | ) | |
| | ) | |
| INTERNATIONAL UNION OF | ) | |
| BRICKLAYERS AND ALLIED | ) | |
| CRAFTWORKERS, | ) | |
| | ) | |
| 620 F Street NW | ) | |
| Washington, DC 20004 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TIMOTHY DRISCOLL, | ) | |
| President, International Union of | ) | |
| Bricklayers and Allied | ) | |
| Craftworkers, | ) | |
| | ) | |
| 620 F Street NW | ) | |
| Washington, DC 20004 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CANDICE DUBBERLY, | ) | |
| Executive Director of Financial Management, | ) | |
| International Union of Bricklayers and Allied | ) | |
| Craftworkers, | ) | |
| | ) | |
| 620 F Street NW | ) | |
| Washington, DC 20004 | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Defendants International Union of Bricklayers and Allied Craftworkers ("BAC"), Timothy

Driscoll, and Candice Dubberly, through undersigned counsel, pursuant to 28 U.S.C. §§ 1441

*et seq.*, hereby file this Notice of Removal of an action styled *Taylor Lambert v. International Union of Bricklayers and Allied Craftworkers*, *et al.*, Case No. 2023-CAB-006710, in the Superior Court of the District of Columbia, to be removed to the United States District Court for the District of Columbia. As grounds for this Notice, Defendants state:

1. The above-captioned lawsuit was commenced in the Superior Court of the District of Columbia and assigned Case No. 2023-CAB-006710. BAC was served with the Summons and Amended Complaint on January 4, 2024. Driscoll and Dubberly were served on January 11, 2024. All Defendants consent to this removal.

2. Plaintiff, who is proceeding *pro se*, is a former employee of BAC who resigned from her employment in October 2021, indicating that she did not wish to comply with BAC's Covid-19 Vaccination Policy. Plaintiff purports to state claims arising out of her employment with BAC for "disparate impact," "disparate treatment," "invasion of privacy," "negligent practices regarding separation of employment," and "negligent infliction of emotional distress."

3. As Plaintiff states in her Amended Complaint, her claims in this lawsuit relate to an EEOC charge that she filed on June 22, 2022, and a prior lawsuit that was removed to this Court on February 3, 2023: "I've met all deadlines for EEOC, which was cross-filed with the DC office of Human Rights, as well as the District and Superior court's filing periods." Am. Compl. 23. The EEOC charge is attached hereto as Exhibit 1.

4. In her EEOC charge, Plaintiff alleged that BAC engaged in retaliation and discrimination based on Plaintiff's religion, race, color, and sex, in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). Ex. 1 at 3.

5. This case may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a). In alleging that Defendants discriminated against her, Plaintiff's Complaint purports to state claims arising under the laws of the United States—namely, Title VII. The above-described

claims therefore constitute claims over which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1337.

6.    Defendants are filing this Notice of Removal within thirty days of being served with the Summons and Amended Complaint.

7.    Defendants have attached a copy of all process, pleadings, and orders from the Superior Court, attached hereto as Composite Exhibit 2, and are simultaneously filing a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia.

Dated: January 25, 2024                               Respectfully submitted,

*/s/ Caitlin D. Kekacs*
Caitlin D. Kekacs (D.C. Bar # 1019670)
Kara A. Naseef (D.C. Bar # 1671394)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W., Suite 1000
Washington, D.C.  20005
Tel: (202) 842-2600
Fax: (202) 842-1888
ckekacs@bredhoff.com
knaseef@bredhoff.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was sent

on this 25th day of January, 2024, via UPS Ground and e-mail, to Plaintiff at the following:

Taylor Lambert
5920 3rd Street NW
Washington, DC 20011
tc.lambert16@gmail.com

*/s/ Caitlin D. Kekacs*
Caitlin D. Kekacs (D.C. Bar # 1019670)